IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                                               Case No. 2:18cr22

TARON DEVELLE WALKER

                Defendant.

## AGREED ORDER

On this date, this matter came before the Court upon the Defendant's unopposed motion seeking to substitute Chad G. Dorsk as his counsel in this matter in the place of Lindsay J. McCaslin and the Office of the Federal Public Defender.

Upon consideration whereof, the Defendant's motion is hereby Granted and it is hereby ORDERED that Chad G. Dorsk is substituted as counsel of record for the Defendant in the place of Lindsay J. McCaslin and the Office of the Federal Public Defender.

/s/
Rebecca Beach Smith
Judge Rebecca Beach Smith
Chief Judge
United States District Chief Judge

Date: March 26, 2018
Norfolk, Virginia

I ASK FOR THIS:

Lindsay J. McCaslin
VSB No. 78800
Attorney for Defendant Taron Develle Walker
Office of the Federal Public Defender
150 Boush Street, Suite 403
Norfolk, Virginia 23510
757-457-0800 (telephone)
757-457-0880 (telefax)
lindsay_mccaslin@fd.org

SEEN & AGREED:

_____
Chad G. Dorsk
VSB No. 74499
Dorsk Law Office, Plc.
500 Plume Street, Suite 220
Norfolk, Virginia 23510
757-423-0271 (telephone)
757-423-0272 (telefax)
Email: cdorsk@gmail.com

_____
Taron Develle Walker

_____
Kevin Comstock
William B. Jackson
Assistant United States Attorneys
Office of the United States Attorney
101 W. Main Street, Suite 8000
Norfolk, Virginia 23510
757-441-6331 (telephone)
757-441-6689 (telefax)
kevin.comstock@usdoj.gov
william.jackson3@usdoj.gov